IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 25-CR-30019-NJR-01 |
| | ) | |
| EMILY M. MONTEGNA, | ) | Title 18 U.S.C. § 2320(a) |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF FACTS**

The United States of America, by and through Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Zoe J. Gross, Assistant United States Attorney, together with Defendant Emily Montegna and her counsel, Justin Kuehn, agree and stipulate to the following Stipulation of Facts:

1. Defendant Emily Montegna ("Defendant") was a resident of Madison County, Illinois.

2. From at least October 2019 through at least January 2022, Defendant operated a business by various names, including "Emily's Creative Creations," "Hickory Flat Farm Vinyl & Deals," "Emily's She Shed," and "Hickory Hill Vinyl and Deals." Defendant operated her business primarily by utilizing a private Facebook group as a digital storefront, but at times maintained a retail shop at her residence in Highland, Illinois, within the Southern District of Illinois.

3. As charged in Count 1 on the Information, on or about January 19, 2022, Defendant did knowingly and intentionally traffic or attempt to traffic in various counterfeit goods, including eyeliner, eyeshadow, lipstick, mascara, concealer, socks, bags purses, wristlets,

lanyards, and sunglasses. In doing so, Defendant knowingly used one or more counterfeit marks, including spurious marks identical and substantially indistinguishable from marks owned by the following companies, that were in use and registered for those goods on the principal register of the United States Patent and Trademark Office:

    a. Estee Lauder Cosmetics, LTD,

    b. L'Oreal USA S/D, Inc.,

    c. Parfumes Christian Dior,

    d. Tarte, Inc.,

    e. Too Faced Cosmetics, LLC,

    f. Deckers Outdoor Corporation,

    g. Victoria's Secret Stores Brand Management, LLC,

    h. Kate Spade LLC,

    i. Under Armour, Inc.,

    j. Nike, Inc., and

    k. Michael Kors, L.L.C.

4.     The use of the counterfeit marks by the Defendant was likely to cause confusion, to cause mistake, or to deceive.

5.     Defendant agrees that the facts set forth in this Stipulation of Facts prove beyond a reasonable doubt that she is guilty of the charge contained in Count 1 of the Information.

6.     Defendant stipulates that venue is proper in the Southern District of Illinois for Count 1.

SO STIPULATED:

UNITED STATES OF AMERICA,

RACHELLE AUD CROWE
United States Attorney

_____
EMILY M. MONTEGNA
Defendant

_____
ZOE J. GROSS
Assistant United States Attorney

_____
JUSTIN KUEHN
Attorney for Defendant

Date: 1/22/25

Date: 1/23/25